JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD RODOLFO JACOB PELICO-MORALES,<br><br>          Petitioner,<br>     v.<br><br>WARDEN, ADELANTO ICE PROCESSING CENTER, et al.,<br><br>          Respondents. | No. 5:26-cv-02200 DSR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Petition and Issuing Writ of Habeas Corpus for Immediate Release,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted, and that judgment is entered in favor of Petitioner and against Respondents. The Order constitutes final disposition of the Petition by the Court.

IT IS SO ORDERED.

DATED: June 22, 2026          _____

                                HON. DANIEL C. ROBERTS<br>                            UNITED STATES MAGISTRATE JUDGE